**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SWEET TOOTH YONKERS LLC., *et al.*<br><br>Plaintiffs,<br><br>-against-<br><br>BTMI, LTD., *et al.*<br><br>Defendants. | 25-CV-8433 (CM) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Plaintiff's letter at ECF 31. While Plaintiff filed a letter asking for and receiving a referral regarding their discovery dispute, no party yet has filed a motion on the docket explaining what that dispute is. Parties are directed to meet and confer and file a joint status letter on the docket by **September 25, 2026**, explaining whether they still have a dispute and if so, what that dispute entails. If parties fail to file the joint status letter, the Court will consider the matter resolved.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 22, 2026
New York, New York