**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SWEET TOOTH YONKERS LLC., *et al.*<br><br>Plaintiffs,<br><br>-against-<br><br>BTMI, LTD., *et al.*<br><br>Defendants. | 25-CV-8433 (CM) (OTW)<br><br>**POST-CONFERENCE ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on November 18, 2026. As discussed at the conference, Plaintiffs will file a stipulation by close of business on **November 19, 2026**withdrawing their Title VI claim without prejudice to renewal**.**

Parties are directed to file a joint status letter on the last business Friday of each month, beginning on **December 18, 2026,** that details what discovery has been done, what discovery is yet to be done, whether parties anticipate needing additional time to complete discovery, and whether parties anticipate any disputes.

The fact discovery deadline is **EXTENDED** to **December 18, 2026,** without prejudice to a motion for a further extension. Should parties seek a further extension, they are directed to file a motion that explains the basis upon which they seek that extension. If their request for an extension requires changes to their Rule 26(f) report, parties should include with their motion an proposed scheduling order reflecting those changes.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 18, 2026
New York, New York